IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD DARON KENNEDY,** (AIS: #196984) Petitioner, | * * * * | |
| vs. | * * | CIVIL ACTION NO. 14-0195-WS-B |
| **MOBILE, ALABAMA DISTRICT ATTORNEY'S OFFICE,** *et al.,* | * * * * | |
| Respondent. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED** as a successive petition under 28 U.S.C. § 2244(b)(3)(A) and that Kennedy is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 22nd day of May**,** 2014.

s/**WILLIAM H. STEELE**
**CHIEF UNITED STATES DISTRICT JUDGE**