IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD DARON KENNEDY, (AIS: #196984) Petitioner, | * * * * | |
| vs. | * * | CIVIL ACTION NO. 14-0195-WS-B |
| MOBILE, ALABAMA DISTRICT ATTORNEY'S OFFICE, *et al.*, Respondent. | * * * * * | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** as a successive petition under 28 U.S.C. § 2244(b)(3)(A) and that Kennedy is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 22nd of May**,** 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**